JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jag@mgalaw.com
sgc@mgalaw.com

*Attorneys for Plaintiff Yesenia Melgoza*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YESENIA MELGOZA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-01608-KJD-BNW <br><br> **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

IT IS HEREBY STIPULATED by and between plaintiff, Yesenia Melgoza ("Plaintiff"), by and through her attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendant American Family Mutual Insurance Company ("Defendant"), by and through its attorneys of record, the law firm HUTCHISON & STEFFEN, LLC, that the above-entitled matter be remanded to the Eighth Judicial District Court, Clark County, Nevada.

Plaintiff commenced this action by filing a complaint on August 15, 2019, in Eighth Judicial District Court, Clark County, Nevada (Case No. A-19-800293-C).

Defendant filed a petition for removal on September 12, 2019, and filed its answer in the

1

United States District Court for the District of Nevada on September 13, 2019.

The FRCP 26(f) Conference was held on October 2, 2019, at 3:30 p.m., and the parties participated accordingly. The joint proposed discovery plan and joint status report were filed on October 14, 2019.

Plaintiff filed a motion to remand on October 11, 2019. Rather than oppose Plaintiff's motion to remand, Defendant agrees to stipulate to remand this case to the Eighth Judicial District Court, Clark County, Nevada

WHEREFORE, the parties respectfully request that the Court now remand this matter to the Eighth Judicial District Court, Clark County, Nevada, in accordance with this stipulation.

DATED this 23rd day of October, 2019.　　　　DATED this 23rd day of October, 2019.

**MAIER GUTIERREZ & ASSOCIATES**　　　　**HUTCHISON & STEFFEN, LLC**

 */s/ Joseph A. Gutierrez*　　　　　　　　　　 */s/ Scott A. Flinders*
JOSEPH A. GUTIERREZ, ESQ.　　　　　　　SCOTT A. FLINDERS, ESQ.
Nevada Bar No. 9046　　　　　　　　　　　Nevada Bar No. 6975
STEPHEN G. CLOUGH, ESQ.　　　　　　　10080 West Alta Drive, Suite 200
Nevada Bar No. 10549　　　　　　　　　　Las Vegas, Nevada 89145
8816 Spanish Ridge Avenue　　　　　　　　*Attorneys for Defendant American Family*
Las Vegas, Nevada 89148　　　　　　　　　*Mutual Insurance Company*
*Attorneys for Plaintiff Yesenia Melgoza*

## **ORDER**

IT IS SO ORDERED.

DATED this 24th day of October, 2019.

_____
**UNITED STATES DISTRICT JUDGE**